United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2517
_____

Donald R. Crabtree,            *
                                  *

      Plaintiff - Appellant,    *
                                  *  Appeal from the United States
     v.                      *  District Court for the
                                  *  Western District of Arkansas.

Kenneth S. Apfel, Commissioner,  *
Social Security Administration,    *    [UNPUBLISHED]
                                  *

      Defendant - Appellee.    *

_____

Submitted: December 5, 1997
Filed: December 17, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Donald R. Crabtree appeals the district court's[1] decision granting summary judgment to the Commissioner and affirming the Commissioner's denial of disability insurance benefits. Having carefully reviewed the record and the parties' submissions,

_____

[1]The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

we affirm the judgment of the district court for the reasons set forth in its memorandum. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.